# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TERRY PETER AUTHEMENT, JR.** | **CIVIL ACTION** |
| **VERSUS** | **NO: 09-4618** |
| **PARISH OF TERREBONNE, ET AL.** | **SECTION "I" (4)** |

## ORDER

The Court, after considering the record, the applicable law, and the United States Magistrate Judge's Report and Recommendation, and the objections by petitioner and respondent, which are hereby **OVERRULED**, approves the United States Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that Auethement's claims against the State of Louisiana are **DISMISSED WITHOUT PREJUDICE**.[1]

**IT IS FURTHER ORDERED** that Authement's claims against the Terrebonne Parish Criminal Justice Complex, Terrebonne Parish Consolidated Government, and the medical unit at the Terrebonne Parish Criminal Justice Complex are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that Authement's section 1983 claims against the Terrebonne Parish Sheriff L. Vernon Bourgeois, Jr., and Warden LeeRoy Lirette, be **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that, to the extent Authement's complaint asserts habeas corpus claims, such claims are **DISMISSED WITHOUT PREJUDICE**.

New Orleans, Louisiana, May 6, 2010.

**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**

---

[1] Authement does not contest the dismissal of these claims. See R. Doc. No. 28.